# EXHIBIT 1



# BROADVIEW FIRE DEPARTMENT
BUILDING A STRONGER, SAFER COMMUNITY.

**Date:** September 23rd, 2025

**To**:
Russell Hott
Field Office Director
U.S. Department of Homeland Security
Washington Field Office
14797 Murdock Street
Chantilly, VA 20598-5216

**From:**
Matthew J. Martin
Acting Fire Chief
Broadview Fire Department

**Subject**: Fencing Built Across Beach Street

The U.S. Immigration and Customs Enforcement facility in Broadview illegally built, without a permit, a fence on a public street under the jurisdiction of the Village of Broadview in the early hours of September 23rd, which is currently blocking Broadview Fire Department access to that road. In case of fire or other emergencies at businesses located on the street, Broadview Fire apparatus would be unable to use the road to access these businesses. The Broadview Fire Department is reaching out to the U.S. Department of Homeland Security to demand that the fence be removed immediately.

**Matthew J. Martin**
ACTING FIRE CHIEF
BROADVIEW FIRE DEPARTMENT

Cc: kthompson@broadview-il.gov
tmills@broadview-il.gov

708-343-6124 | 2400 S. 25TH Ave. | Broadview, IL 60155