# EXHIBIT 2

















