# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| The VILLAGE OF BROADVIEW, a Municipal Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>The U.S. DEPARTMENT OF HOMELAND )<br>SECURITY; KRISTI NOEM, in her official )<br>capacity as Secretary of the U.S. Department of )<br>Homeland Security; TODD LYONS, in his official )<br>capacity as Acting Director for U.S. Immigration )<br>and Customs Enforcement; and RUSSELL HOTT, )<br>in his official capacity as the Chicago Field Office )<br>Director for U.S. Immigration and Customs )<br>Enforcement, )<br>Defendants. ) | Case No. |

## AFFIDAVIT OF MATTHEW J. MARTIN, M.S., CFO

I, Matthew J. Martin, M.S., CFO, being first duly sworn on oath, do hereby depose and state:

1. I am employed by the Village of Broadview (the "Village") as Acting Chief of the Broadview Fire Department (the "Fire Department").

2. As the Fire Chief, I am the highest-ranking member of the Fire Department in charge of the operation of the Department. As part of my duties and training, I am familiar with the codes applicable to life-safety, fire prevention, and fire response which includes the International Fire Code 2018 ("IFC"), NFPA 101 Life Safety Code ("LSC"), adopted by the Village.

3. On or about September 23, 2025, I was made aware that at approximately 2:00 a.m. members of the Broadview Police Department, while on midnight shift, discovered a newly erected/constructed fence on Beach Street, a public street owned by the Village.

4. The fence was constructed around the perimeter of a U.S. Immigration and Customs Enforcement processing facility ("ICE Facility") located at 1930 Beach Street, Broadview, Illinois.

5. The Ice Facility does not provide medical staff.

6. Based upon measurements I took, the fence is a little over 8 feet high and 16' wide. It is held up with concrete blocks on platforms. Section D103.5 of the IFC stated in part that gates securing the fire apparatus access road shall comply with all of the following criteria which includes that where a single gate is provided, the gate width shall be not less than 20 feet.

7. The fence runs across the entirety of Beach Street, fully blocking access to any part of Beach Street and any commercial property, which includes industrial buildings housed by private businesses, that happens to be located on the south side of the fence.

8. The fence was erected without permit or warning of any kind to the Village.

9. The fence has a manually operated gate that DHS and ICE have also padlocked.

10. The very nature of the need to have ICE personnel manually open the gate delays prompt emergency response and access by the Broadview Police Department, Broadview Fire Department, or any emergency vehicle. The LSC and in particular section 7.1.10.1 Means of egress shall be continuously maintained free of all obstructions or impediments to full instant use in the case of fire or other emergency. Annex A.7.1.10: Obstructions include any physical barriers that prevent or delay emergency egress or emergency access.

11. The existence of this fence prevents the Department from mobilizing and maneuvering the required number of fire truck apparatus necessary to address a fire of any industrial

buildings located on the south side of this fence, which necessitate by its nature at least five or more, including three ladder trucks, making it a dangerous life safety issue for the public.

12. In addition, there are train tracks on the opposite side of the buildings behind the fence which restrict access by any emergency response vehicle to occur solely from the front of the buildings by way of Beach Street.

13. There is one fire hydrant within the perimeter of the fence. In case of a fire south of the fence and should the single fire hydrant be non-operational, the fence's usurping of the entirety of the street prevents the Department from running a fire hose from any other fire hydrant in the area to the fire location, which would be dropped across the ground per standard fire protocols.

14. Vehicles are routinely parked on Beach Street adjacent to the Ice Facility, within the fence. Prior to the construction of the fence, such vehicles were not parked there, nor could they be as they are encompassing the roadway. Pursuant to Section 503.4 of the International Life Safety Code Fire Apparatus roads may not be obstructed in any manner, including by way of parked vehicles.

15. The metal fence across Beach Street and its sidewalks approximately 100 feet north of the Ice Building creates a focal point at which individuals gather further creating a barrier to quick and immediate emergency response.

16. The encroachment of the fence on Beach Street continues to present a life-safety concern.

17. The Village has repeatedly requested that DHS and ICE remove the fence, including by way of a letter I prepared dated September 23, 2025 sent to Russel Hott, ICE's Chicago Field Office Director, but DHS and ICE continue to refuse to do so.

FURTHER AFFIANT SAYETH NOT.

_____
MATTHEW J. MARTIN, M.S., CFO

Dated: 10-03-2025

Subscribed and sworn to before
me this 3 day of October, 2025.

_____
NOTARY PUBLIC

```
Official Seal
ANDREA NIETO
Notary Public, State of Illinois
Commission No. 1015534
My Commission Expires August 15, 2029
```