# EXHIBIT 4



**TRUSTEES**

JUDY ABRAHAM

PATRICIA CHAO-MALAVE

JUDY MILLER

ANDREA SENIOR

JARRY SHELBY

LAKECIA WHIMPER

**VILLAGE CLERK**
KEVIN MCGRIER

**VILLAGE ADMINISTRATOR**
LETISA JONES

**FINANCE DIRECTOR**
THOMAS HOOD, CPA

**BUDGET OFFICER**
WONDERFUL WATSON

**VILLAGE ATTORNEYS**
DEL GALDO LAW
GROUP, LLC

# Village of Broadview

*Municipal Building*

2350 South 25th Avenue • Broadview, Illinois 60155-3800

1-708-681-3600 • FAX 1-708-681-2018

**KATRINA R. THOMPSON, President (Mayor)**

September 26, 2025

Russell Hott
Field Office Director
U.S. Department of Homeland Security
14797 Murdock Street Chantilly, VA 20598-5216

***RE: Repeated Deployment of Tear Gas, Pepper Spray, Mace, and Rubber Bullets in the Village of Broadview Endangers Village Residents, Harming Village Police, Firefighters, and American Citizens Exercising 1stAmendment Rights***

Director Hott:

The relentless deployment of tear gas, pepper spray, mace, and rubber bullets in the vicinity of the United States Immigration and Customs Enforcement processing center in the Village of Broadview is endangering nearby village residents and harming Broadview Police Officers, Broadview Firefighters, and American citizens exercising their 1st Amendment constitutional rights.

As you may know, tear gas does not "travel" like a rubber bullet. Instead, it spreads as an aerosol or smoke cloud, and how far it moves depends on how it's deployed and the environmental conditions. The canister or projectile itself can travel hundreds of feet when launched. The gas cloud generally irritates people within a 200–700-foot radius, but wind can carry it farther and spread it unpredictably. And it has.

Broadview police officers are routinely being exposed to ICE agents' tear gas volleys, forcing them out of action until they recover. Broadview firefighters and ambulance personnel are being exposed. Nearby residents are being exposed. That is saying nothing of the American citizens exercising their free speech rights that your agents are firing upon.

Beleaguered Broadview residents are begging for relief from your center's siege of our neighborhood. They are texting me. They are calling me. They are streaming into Village Hall looking for help.

Additionally, as you know, your agency has illegally constructed a gate across Beech Street in front of your facility, preventing the Broadview Fire Department access to the area in case of an emergency. We have asked for it to be removed. Your deliberate defiance of our local law risks a protentional tragedy unfolding.

In effect, you are making war on my community. And it has to stop.

You have to dismantle the fence. You have to stop putting our residents, our police officers, our firefighters, and our citizens in harm's way.

As mayor, my governing approach is to deploy love and kindness to achieve Broadview's objectives. You should try it. It cannot hurt. It might help.

Sincerely,

Katrina R. Thompson
Mayor Village of Broadview