# EXHIBIT 5



*Acting Director*

U.S. Department of Homeland Security
500 12th Street, SW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

September 26, 2025

Mayor Katrina R. Thompson
Municipal Building
2350 South 25th Avenue
Broadview, Illinois 60155

Dear Mayor Thompson:

Thank you for your September 26, 2025, letter. The safety and protection of our officers, staff, and those in our custody remain our top priority. Unfortunately, the Broadview Processing Center continues to face violence and unlawful activity by rioters. The relentless actions of these individuals—and their attempts to obstruct the enforcement of federal law—are unacceptable.

As you know, these events come just days after the armed attack on an ICE facility in Dallas, where officers were targeted simply for carrying out their duties. Against that backdrop, chants of "shoot ICE" and physical attempts to breach the Broadview facility cannot be dismissed as peaceful protest. They are direct threats to the lives of federal personnel and to public safety.

We have repeatedly requested assistance from state and local law enforcement, including your own police department, to disperse these unlawful assemblies. Instead, local inaction has enabled agitators to escalate violence and placed federal officers, first responders, and Broadview residents in harm's way. If our officers were provided the support they need, the crowd control measures referenced in your letter would not be necessary.

These rioters are laying siege and interfering with legitimate law enforcement operations. Failure to help provide relief makes you a party to the obstruction of justice. There will be no change in our operational posture until these unlawful activities cease. The only siege in Broadview is the one being waged against the United States government. You can either continue to be part of the problem or choose to be part of the solution by directing your police to enforce local ordinances and working with us to remove violent offenders.

Should you wish to change course, please do not hesitate to contact Chicago.Outreach@ice.dhs.gov.

Sincerely,

*Todd Lyons*

Todd Lyons
Acting Director

www.ice.gov

Jeffery K. Hoelzel, Esq.
17210 White Deer Circle
Orland Park, Illinois 60467
(312) 968-5743
Email: jkhoelzel1@gmail.com

September 30, 2025

Ms. Katrina Thompson
2350 S. 25th Avenue
Broadview, Illinois 60155

**RE: Request for Immediate Action Concerning ICE Processing Center at 1930 Beach Street**

Dear Ms. Thompson:

I write to you in my capacity as an attorney representing multiple concerned clients and residents of the area. This correspondence is directed to you in your official role as a member of the Board of Directors of the Broadview Westchester Joint Water Agency.

America has endured a series of deeply troubling and tragic incidents this month — from Orem, Utah to Dallas, Texas to Grand Blanc, Michigan. Unfortunately, the Village of Broadview has now become part of that same list of affected communities.

U.S. Immigration and Customs Enforcement ("ICE") operates a processing center (the "Center") at 1930 Beach Street. According to ICE's own statements, hundreds of additional agents have flooded the Chicagoland area this month as part of Operation Midway Blitz, resulting in exponentially more detentions and activity at the Center.

Tensions surrounding this operation escalated sharply following the recent fatal shooting of **Mr. Silverio Villegas-Gonzalez** by an ICE agent during a traffic stop in Franklin Park. That incident has understandably heightened public concern and has given rise to expanded protest activity in and around the Center. Tear gas, pepper spray and non-lethal bullets have been used on protesters; guns and at least one explosive device have been found near the Center.

Yesterday, we learned the Department of Homeland Security intends to deploy 100 Illinois National Guardsmen, ostensibly to provide added security at the Center during the impending federal government shutdown. The presence of unpaid ICE agents working alongside paid Guardsmen — some of whom reportedly oppose their mission — within a facility already under stress presents a volatile and dangerous situation. Moreover, National Guardsmen are not trained to manage the specific challenges now facing this site. It's a recipe for disaster.

The Center is overusing and misusing water. Given the extraordinary and escalating circumstances, we respectfully urge you and your fellow Board Members to **immediately authorize a temporary suspension of water service to the Center.** This action should remain in effect until the federal government reaches a clear and coordinated understanding with state and local authorities regarding the continued operation and security of the facility and ways to permit peaceful protest.

Your leadership in this matter is vital to safeguarding both local residents and the personnel assigned to the Center. Prompt action will send a clear message that the community will not stand idly by in the face of preventable danger.

Very truly yours,

Jeffery K. Hoelzel, Attorney at Law