# EXHIBIT 6

# Congress of the United States
## Washington, DC 20515

September 26, 2025

Russell Hott
Chicago Field Office Director
U.S. Immigration and Customs Enforcement
101 W Ida B Wells Drive, Suite 4000
Chicago, IL 60605

Director Hott,

As members of the Illinois Delegation, we have a responsibility to conduct oversight of your operations in Illinois. We request you promptly schedule a meeting with us to discuss pressing matters including the implementation of "Operation Midway Blitz," and oversight of the U.S. Immigration and Customs Enforcement (ICE) Broadview Processing Facility.

A meeting to discuss conditions at the Broadview Processing Facility is imperative as members of our Delegation have been barred from conducting oversight at the facility despite repeated attempts to schedule a visit. Oversight of this facility is desperately needed as legal service providers and our constituents have raised concerns about the poor conditions at Broadview. These reports allege unsanitary bathroom facilities; spreading illness; continued overcrowding; detainees sleeping on the floor or in chairs; a lack of access to food, water or hygiene products; restricted communications to family members and attorneys; and an inability to access medication.

Senator Durbin and Representative Ramirez's offices communicated to ICE on September 16, 2025, that Illinois' Delegation Members intended to conduct oversight at Broadview Processing Facility on September 23, 2025. In an effort to work collaboratively, our offices followed ICE's new guidance and gave notice of this visit seven days in advance.

ICE nevertheless responded that ICE's Enforcement & Removal Operations (ERO) Chicago Office would be unable to support a visit. Representative Ramirez, a member of the House Committee on Homeland Security, and Senator Durbin, Ranking Member of the Senate Judiciary Committee, reiterated the importance of the visit. ICE, however, did not change its position. Though ICE agreed to a subsequent meeting with Delegation Members in lieu of a visit to the facility on September 26, 2025, ICE now has postponed that meeting to an unconfirmed date in October. ICE continues to bar the Delegation's access to the Broadview facility, despite Congress's inherent authority to conduct oversight of ICE facilities.[1]

As noted in our September 23 Illinois delegation letter to Secretary Noem, "Operation Midway Blitz" has been shrouded in secrecy, with little notice to state and local officials about the nature of the operation, the types of people targeted, where the Department of Homeland Security (DHS) is detaining people, and which agencies are detailing officers to conduct immigration enforcement. DHS also has used military-style tactics and equipment to conduct enforcement in our communities, with little transparency into the basis for such raids.[2]

---

[1] *See McGrain v. Daugherty*, 273 U.S. 135, 174 (1927) ("We are of the opinion that the power of inquiry—with process to enforce it —is an essential and appropriate auxiliary to the legislative function.").

[2] Sabrina Franza, Lauren Victory, Sara Tenenbaum, 2 U.S. Citizens among 5 arrested at early morning Elgin, Illinois ICE raid, CBS News Chicago (Sept. 16, 2025), https://www.cbsnews.com/chicago/news/ice-raid-elgin-illinois/.

It is critical that we meet to discuss these urgent issues and that ICE fully cooperate with Congressional offices to address our constituents' concerns.

At our meeting in October, please be prepared to provide answers to the following questions:

1. How many people have been processed at Broadview Processing Center since the start of "Operation Midway Blitz"?
2. What is the peak number of people who have been held overnight at Broadview since the start of "Operation Midway Blitz"?
3. As of September 20, 2025, what was the average length of stay for people detained at Broadview before release or transfer?
4. Since the start of "Operation Midway Blitz" how many individuals have been held at Broadview longer than 72 hours?
5. How many people were being held at Broadview on September 20, 2025? How many of those people were being held at Broadview on September 21, 2025?
6. Of the individuals detained at the facility on September 20, 2025, please indicate, if known, how many fell into each of the following categories: 1) pregnant women, 2) individuals who identify as LGBTQ, 3) individuals with serious medical and/or mental health issues, 4) elderly (over 60), 5) youth (under 21), and/or 6) indigenous language speakers?
    a. What steps are being taken to ensure these individuals' safety and well-being?
    b. Please indicate the nationality of each individual.
7. Have embassies and consulates been notified if their foreign nationals are detained at Broadview?
8. What are the current protocols for attorney access at the Broadview facility? How does that differ from the protocols in place prior to "Operation Midway Blitz"?
9. How do detainees access phones to communicate with their attorneys? Can they receive inbound calls from their attorneys? Are there costs associated with accessing phones for legal calls?
10. How are complaints or grievances processed? How can individuals file a complaint or grievances against Broadview? How do you address complaints from individuals who do not speak English or Spanish?
11. Per the ICE Congressional Speaker Series – Detention Facilities and Medical Care briefing on July 22, 2025, Rear Admiral Jennifer Moon, ICE Health Service Corps (IHSC) Deputy Assistant Director for Health Care Compliance, explained that processing centers are non-medical facilities; therefore, they are not equipped with medical staff. Based on DHS standards, a comprehensive health intake is conducted during the first 12 hours after the person has been detained. During the screening, if any acute or chronic disease is identified, then the person in custody would be seen by a medical provider within 2-3 days.
    a. How long on average do detainees at Broadview wait before receiving screening and subsequent medical attention?
    b. Who provides medical screening services at the facility? Is there a contractor for health services? Please provide copies of agreements between the facility and any medical contractors.
    c. What happens when an individual needs services from an outside medical specialist?
    d. If you cannot provide medical care at Broadview when detainees have medical conditions such as diabetes, asthma, cancer, or are part of a vulnerable population like a breastfeeding mother,

what steps are taken to ensure that detainees get access to necessary medication and medical equipment (especially when phones are not working)?
   e. Since the start of "Operation Midway Blitz" have there been any outbreaks of illness at Broadview? What steps have been taken to address these outbreaks and reduce the chances that these will continue?
   f. How are contagious illnesses limited or addressed prior to transferring individuals to other facilities?
   g. What is the protocol for transferring an individual to a hospital from Broadview for acute trauma, ongoing treatment or injury? How are family members updated?
12. We understand that DHS has additional temporary holding locations throughout Illinois. Congressional offices have constituent cases for individuals held in DHS custody at a facility in Lombard or hotels near O'Hare Airport.
    a. What detention standards are applied to temporary or non-traditional ICE facilities such as these?
    b. Given capacity constraints at Broadview, how is ICE using other facilities across Illinois to hold our constituents? Please provide the names and addresses of any other facilities where individuals are in ICE custody.
    c. Does ICE plan to transfer detainees as part of their Chicago operations to the Miami Correctional Facility in Indiana? If so, what ICE detention standards will apply to individuals in ICE custody at the Miami Correctional Facility? What protocol will be followed in terms of attorney access and notification by ICE regarding such transfers?
    d. Does ICE plan to transfer people arrested in Chicago to Camp Atterbury, a National Guard facility in Indiana? If so, what ICE detention standards will apply to Camp Atterbury? What protocol will be followed in terms of attorney access?
    e. How many individuals have been detained at hotel rooms in Illinois by ICE contractors? Please provide the names and addresses of the hotels, as well as any Memorandums of Understanding (MOUs) or contracts pertaining to those hotels.
    f. Where were detainees relocated upon leaving Broadview on September 22, 2025?
13. In recent weeks, at least two U.S. citizens in Illinois have reportedly been mistakenly arrested during ICE operations, including in Elgin (CBS, 2025; Chicago Sun Times, 2025). In addition, reports suggest ICE operations have ensnared individuals who possess valid work permits, undermining both fairness and workforce stability (Houston Chronicle, 2025; The Guardian, 2025).
    a. What new safeguards will DHS implement to prevent U.S. citizens from being wrongfully detained?
    b. Since January 2025, how many individuals with valid work permits have been arrested by ICE in Illinois?
    c. We are aware of at least two incidents in which ICE pulled over vehicles and arrested adult drivers and other adults, leaving minor children behind. What is ICE's policy regarding minors who are passengers in vehicles involved in stops in which ICE arrests adults in the car?
14. ICE has responded to protests at Broadview with tear gas, pepper balls, and other tactics that have caused injuries to the protesters. ICE agents have reportedly told residents filming agents' activities that they would face federal charges for doing so.

   a. What is the federal agent complement at Broadview and what agency employees or military personnel are currently stationed there under DHS authority?
   b. What plans are ICE making to change tactics or adopt tactics that would de-escalate tensions and avoid potential injury to nonviolent protestors?
   c. What training do ICE agents and agents at Broadview receive on de-escalation and First Amendment protected activities?
   d. What is the legal basis for threats of federal charges against residents for filing law enforcement activities? If those threats lack a legal basis, will you direct your agents to stop the practice? Will you hold agents accountable if they continue to threaten and mislead people about their rights to record ICE activity?
15. The Online Detainee Locator System is generally the only means by which our constituents can locate their loved ones. Although ICE policy states that individuals will be recorded in the system after 48 hours, we have heard reports that those detained at Broadview for prolonged periods are not recorded in the system.
    a. Does ICE include individuals detained at the Broadview facility for more than 48 hours in their detainee locator system?
    b. If so, how will ICE ensure the Detainee Locator System is up to date within 48 hours?
    c. How can congressional offices and constituent services locate individuals not recorded in the Detainee Locator system?
16. In addition, constituents and attorneys have struggled to meet with detainees at the facility and obtain privacy waivers that would allow for congressional inquiries.
    a. What process must individuals undertake to gain access to a privacy waiver at Broadview? Will you consider making them available at the facility for detainees?
    b. In what languages are waivers made available at Broadview?
    c. If the phones at Broadview are not working, how are detained individuals able to communicate with family and Congressional offices to receive instructions on the waiver and how to properly sign and return it?
    d. How will ICE facilitate waiver execution and transmission to Congressional offices from Broadview?

We urge you to fulfill your commitment to meet with the Illinois Delegation in October 2025 and answer the questions we have posed to provide much-needed transparency.

Sincerely,

Richard J. Durbin  
United States Senator

Tammy Duckworth  
United States Senator

Delia C. Ramirez  
Member of Congress

Case: 1:25-cv-12164 Document #: 1-6 Filed: 10/03/25 Page 6 of 6 PageID #:55

Page 5

Jonathan L. Jackson
Member of Congress

Robin L. Kelly
Member of Congress

Jesús G. "Chuy" García
Member of Congress

Mike Quigley
Member of Congress

Sean Casten
Member of Congress

Danny K. Davis
Member of Congress

Raja Krishnamoorthi
Member of Congress

Jan Schakowsky
Member of Congress

Bradley Scott Schneider
Member of Congress

Bill Foster
Member of Congress

Nikki Budzinski
Member of Congress

Lauren Underwood
Member of Congress

Eric Sorensen
Member of Congress