IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation,<br>            Plaintiff,<br>v.<br><br>The U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; and RUSSELL HOTT, in his official capacity as the Chicago Field Office Director for U.S. Immigration and Customs Enforcement,<br>            Defendants. | Case No. 25-cv-12164 |

**THE VILLAGE OF BROADVIEW'S EMERGENCY MOTION
TO RESET (ADVANCE) THE HEARING ON THE MOTION FOR A TEMPORARY
RESTRAINING ORDER & PRELIMINARY INJUNCTION**

NOW COMES the Plaintiff, VILLAGE OF BROADVIEW (the "Village"), by and through its attorney Veronica Bonilla-Lopez and Charles S. Huff of Del Galdo Law Group, LLC, and, for its Emergency Motion to Reset the Hearing for a Temporary Restraining Order and Preliminary Injunction against Defendants U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"), KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security ("Secretary Noem"), TODD LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement ("Director Lyons"), and RUSSELL HOTT, in his official capacity as Director of the Chicago Field Office for U.S. Immigration and Customs Enforcement ("Director Hott") (Collectively "Federal Defendants"), hereby states:

1. Plaintiff filed its Complaint and Emergency Motion for a Temporary Restraining Order and Preliminary Injunction on Friday, October 3, 2025. (Dkt. #1 & 10).

2. The motion was originally to be heard before the Emergency Judge, Honorable Judge Georgia Alexakis. The parties were later informed that the assigned Judge, Honorable Judge LaShonda A. Hunt would be hearing the motion.

3. The Emergency Motion has been set for hearing to October 7, 2025, at 1:00 p.m. per Minute Entry Order (Dkt. #11).

4. As articulated in the Village's Emergency Motion, a fire hazard is imminent, not speculative and as each day passes the eight-foot-tall metal fence, illegally constructed on Beach Street at the location of the ICE Processing Facility by the Federal Defendants - the only street access to the ICE facility and commercial businesses - remains to be an impediment to life-saving efforts by the Broadview Fire Department. The concentration of people results in circumstances that are highly unpredictable.

5. In addition, the Village has received a call today from the Illinois Attorney General that the President of the United States is sending the National Guard to the Village of Broadview immediately. The presence of the National Guard will only exacerbate an already volatile situation.

Wherefore, the Village respectfully prays that this Court reset the hearing on the Village's Emergency Motion as soon as possible, for a date and time sooner than currently scheduled and for any such other relief this Court deems just and equitable.

Respectfully submitted,

**VILLAGE OF BROADVIEW**

By: */s/ Veronica Bonilla-Lopez*
Veronica Bonilla-Lopez
*One of the Village's Attorneys*

<pre>
                                          By:    /s/ Charles S. Huff
                                                 Charles S. Huff
                                                 *One of the Village's Attorneys*
</pre>

Michael T. Del Galdo (#6255825)
Veronica Bonilla-Lopez (#6281050)
Michael A. Albert (#6320206)
Charles S. Huff (#6271245)
**DEL GALDO LAW GROUP, LLC**
1441 S. Harlem Ave, Berwyn, IL 60402
(t) 708-222-7000 │ (f) 708-222-7001
delgaldo@dlglawgroup.com
albert@dlglawgroup.com
vblopez@dlglawgroup.com
huff@dlglawgroup.com
*Attorneys for the Village of Broadview*