UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 25 C 12164 |
| v. | ) ) | Judge Hunt |
| The U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**EXHIBITS C AND D
TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
　　THOMAS P. WALSH
　　ALEX HARTZLER
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 886-1390
　　(312) 353-5312
　　thomas.walsh2@usdoj.gov
　　alex.hartzler@usdoj.gov

# Exhibit C

DHS Exhibit C



# Exhibit D

DHS Exhibit D

