# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Village of Broadview

                                            Plaintiff,

v.                                                                Case No.: 1:25−cv−12164
                                                                         Honorable LaShonda A. Hunt

US Department of Homeland Security, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person motion hearing held. As discussed on the record, Plaintiff's motion for a TRO [10] is taken under advisement. The Court will rule by mail shortly. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.