**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>The U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; and RUSSELL HOTT, in his official capacity as the Chicago Field Office Director for U.S. Immigration and Customs Enforcement,<br><br>       Defendants. | Case No. 1:25-cv-12164 |

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the **Supplemental Affidavit of Matthew J. Martin, M.S., CFO**, to be filed and served upon all counsel of record via the Court's EM/ECF Electronic Filing System and associated email system on October 8, 2025.

                       Respectfully submitted,

                       **VILLAGE OF BROADVIEW**

              By: */s/ Michael Albert*
                 Michael A. Albert
                 *One of the Village's Attorneys*

Michael T. Del Galdo (#6255825)
Michael A. Albert (#6320206)
Veronica Bonilla-Lopez (#6281050)
Charles S. Huff (#6271245)
**DEL GALDO LAW GROUP, LLC**
1441 S. Harlem Ave, Berwyn, IL 60402

(t) 708-222-7000 │ (f) 708-222-7001
delgaldo@dlglawgroup.com
albert@dlglawgroup.com
vblopez@dlglawgroup.com
huff@dlglawgroup.com
*Attorneys for the Village of Broadview*