**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation, )<br>　　　　　　　　　　Plaintiff, )<br>v. )<br> )<br>The U.S. DEPARTMENT OF HOMELAND )<br>SECURITY; KRISTI NOEM, in her official )<br>capacity as Secretary of the U.S. Department of )<br>Homeland Security; TODD LYONS, in his official )<br>capacity as Acting Director for U.S. Immigration )<br>and Customs Enforcement; and RUSSELL HOTT, )<br>in his official capacity as the Chicago Field Office )<br>Director for U.S. Immigration and Customs )<br>Enforcement, )<br>　　　　　　　　　　Defendants. ) | Case Number: 1:25-CV-12164 |

## THE VILLAGE OF BROADVIEW'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL FILINGS

NOW COMES the Plaintiff, VILLAGE OF BROADVIEW, by and through its attorneys Michael T. Del Galdo, Michael A. Albert, Veronica Bonilla-Lopez, and Charles S. Huff of Del Galdo Law Group, LLC, and, for its response to said motion, hereby states:

1. A hearing on the Plaintiff's Emergency Motion was held at 10am on Tuesday, October 7, 2025, in which the Defendant's attorneys indicated to this Honorable Court that the Plaintiff has a different point of access to the area south of the fence on "Harvard Street" that EMS and fire trucks could use to provide services.

2. Within 30 hours, Plaintiff investigated that assertion and provided the Court as well as the Defendant with an affidavit from the Broadview Fire Chief to shed light on the matter, confirming that Harvard Street is not a public way to the south of the DHS facility and that said way is privately owned and is full of parked vehicles at this time.

3. Defendants are requesting additional time to next Monday in order to respond to said affidavit, despite having the same opportunities to investigate the status of the Harvard Street gate which they brought up in the hearing on Tuesday.

4. The Motion for TRO and Injunction was filed on an emergency basis on October 3, 2025.

5. Per this Honorable Court's comments at the end of the hearing on Tuesday, Plaintiff is simply providing additional information with regard to an assertion that the Defendant made during the hearing.

WHEREFORE, for all of the foregoing reasons, the Plaintiff, VILLAGE OF BROADVIEW, respectfully requests that this Court deny the Defendant's request for additional time to respond to the affidavit submitted on October 8, 2025.

        Respectfully submitted,
        **VILLAGE OF BROADVIEW**

By:    */s/ Charles S. Huff*
        Charles S. Huff
        *One of the Village's Attorneys*

Michael T. Del Galdo (#6255825)
Michael A. Albert (#6320206)
Veronica Bonilla-Lopez (#6281050)
Charles S. Huff (#6271245)
**DEL GALDO LAW GROUP, LLC**
1441 S. Harlem Ave, Berwyn, IL 60402
(t) 708-222-7000 │ (f) 708-222-7001
delgaldo@dlglawgroup.com
albert@dlglawgroup.com
vblopez@dlglawgroup.com
huff@dlglawgroup.com
*Attorneys for the Village of Broadview*