**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VILLAGE OF BROADVIEW, | |
| Plaintiff, | |
| v. | Case No. 25 C 12164 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | Hon. LaShonda A. Hunt |
| Defendants. | |

**<u>AGREED ORDER</u>**

This matter coming before the Court on Plaintiff Village of Broadview's Emergency Motion for a Temporary Restraining Order & Preliminary Injunction (Dkt. 10), upon consideration of the papers and upon hearing argument of counsel, and the Court being fully informed,

IT IS ORDERED THAT:

1. The Village's Emergency Motion for a Temporary Restraining Order is converted to a Motion for a Preliminary Injunction;

2. The Village's Motion for a Preliminary Injunction is granted for the reasons provided in the Court's Memorandum Opinion and Order entered October 9, 2025 (Dkt. 35).

3. Pursuant to the Court's Memorandum Opinion and Order entered on October 9, 2025 (Dkt. 35), the Defendants U.S. Department of Homeland Security ("DHS"), Kristi Noem, in her official capacity as Secretary of DHS ("Secretary Noem"), Todd Lyons, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement ("Acting Director Lyons" and "ICE", respectively), and Russell Hott, in his official capacity as Director of the Chicago Field Office for ICE ("Field Office Director Hott") (collectively, the "Federal Defendants") and all of the Federal Defendants' officers, agents, servants, employees, attorneys and all other persons who

are in concert or participation with them, and who receive actual notice of this judgment, are hereby required to dismantle and remove the metal fence occupying Village property on Beach Street and its adjacent sidewalks near the Broadview Processing Facility at 1930 Beach Street, Broadview, Illinois 60155, by no later than 11:59 p.m. on Tuesday, October 14, 2025.

4. Pursuant to Fed. R. Civ. P. 65(c), Plaintiff shall post a nominal bond of $500 within seven days of this order's entry, in the interest of justice. The bond shall be filed in the Clerk's Office and be deposited into the registry of the court.

**DATED**: October 10, 2025                    **ENTERED**:

LaShonda A. Hunt
_____
LaSHONDA A. HUNT
United States District Judge