**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

The VILLAGE OF BROADVIEW, an Illinois )
Municipal Corporation, )
                       Plaintiff, )       **Case No. 1:25-cv-12164**
v. )
                                  )       *Hon. LaShonda A. Hunt*
The U.S. DEPARTMENT OF HOMELAND )
SECURITY, *et al.* )
                    Defendants. )

**JOINT STATUS REPORT**

Pursuant to this Honorable Court's February 10, 2026, Order (Dkt. #46), the Village of Broadview (the "Village") and the Department of Homeland Security ("DHS"), Markwayne Mullin,[1] in his official capacity as Secretary of DHS ("Secretary Mullin"), Todd Lyons, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement ("Acting Director Lyons" and "ICE," respectively), and Samuel Olsen, in his official capacity as Director of the Chicago Field Office for ICE ("Field Office Director Olsen") (Collectively, the "Federal Defendants"), hereby jointly submit the following status report:

1.       As explained in the Agreed Order entered October 10, 2025 (Dkt. #36), the Village's Motion for a Preliminary Injunction was granted for the reasons provided in the Court's Memorandum Opinion and Order entered October 9, 2025 (Dkt. #35), and the Federal Defendants were thereby required to dismantle and remove the metal fence occupying Village property on Beach Street and its adjacent sidewalks near the Broadview Processing Facility at 1930 Beach Street, Broadview, Illinois 60155, by no later than 11:59 p.m. on Tuesday, October 14, 2025.

2.       In compliance with this Honorable Court's order and instructions, the Federal Defendants dismantled and removed said fence prior to the aforementioned deadline.

---

[1] As the current Secretary of the Department of Homeland Security, Markwayne Mullin is automatically substituted for the previous Secretary by virtue of Fed. R. Civ. P. 25(d).

3.      Since that time, the fence has remained down, and the Federal Defendants have not indicated any present intention, desire, or need to reinstall said fence or any other barrier on Beach Street at or near the Broadview Processing Facility.

4.      Nevertheless, because the Broadview Processing Facility continues to serve as a processing center for individuals subject to ICE enforcement activities, it therefore continues to be a site at which citizens assemble to protest said activities. As such, the Village requests that this Honorable Court's Preliminary Injunction Order be continued for an additional 60 days, to on or around June 12, 2026.

5.      The Federal Defendants do not oppose this request, and the parties agree that no answer or other responsive filings will be required in the interim.

6.      The parties further propose that this Honorable Court set a date for the parties to submit an updated joint status report prior to the end of this additional 60-day period for the parties to advise this Honorable Court as to whether any additional steps need to be taken in this case.

Respectfully submitted,                                     Respectfully submitted,

**VILLAGE OF BROADVIEW**                    **FEDERAL DEFENDANTS**

ANDREW S. BOUTROS
United States Attorney

By: */s/ Michael Albert*                                   By: */s/ Thomas Walsh*

Michael T. Del Galdo (#6255825)              Thomas P. Walsh
Michael A. Albert (#6320206)                    Alex Hartzler
Veronica Bonilla-Lopez (#6281050)          Assistant United States Attorneys
Charles S. Huff (#6271245)                        219 South Dearborn Street
**DEL GALDO LAW GROUP, LLC**          Chicago, Illinois 60604
1441 S. Harlem Ave, Berwyn, IL 60402      (t) 312-886-1390
(t) 708-222-7000 │(f) 708-222-7001           (t) 312-353-5312
delgaldo@dlglawgroup.com                        thomas.walsh2@usdoj.gov
albert@dlglawgroup.com                             alex.hartzler@usdoj.gov
vblopez@dlglawgroup.com                          *Attorneys for the Federal Defendants*
huff@dlglawgroup.com
*Attorneys for the Village of Broadview*