**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Village of Broadview

                            Plaintiff,

v.                                  Case No.: 1:25–cv–12164
                                  Honorable LaShonda A. Hunt

US Department of Homeland Security, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 7, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: The parties' joint status report [47] indicates that Plaintiff requests the preliminary injunction order be continued for 60 days and Defendants do not oppose the request. Accordingly, the preliminary injunction order is continued by agreement to 6/12/26, and any answer or responsive filing deadline is stayed in the interim. An updated joint status report regarding next steps is due by 6/5/26. In addition, pursuant to Fed. R. Civ. P. 25(d), the Clerk's office is directed to substitute Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security, for his predecessor, Kristi Noem. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.