**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation, | ) ) | |
| Plaintiff, | ) | **Case No. 1:25-cv-12164** |
| v. | ) ) | *Hon. LaShonda A. Hunt* |
| The U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Honorable Court's June 8, 2026, Order (Dkt. #50), the Village of Broadview (the "Village") and the Department of Homeland Security ("DHS"), Markwayne Mullin, in his official capacity as Secretary of DHS ("Secretary Mullin"), Todd Lyons, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement ("Acting Director Lyons" and "ICE," respectively), and Samuel Olsen, in his official capacity as Director of the Chicago Field Office for ICE ("Field Office Director Olsen") (Collectively, the "Federal Defendants"), hereby jointly submit the following status report:

1.      As explained in the Agreed Order entered October 10, 2025 (Dkt. #36), the Village's Motion for a Preliminary Injunction was granted for the reasons provided in the Court's Memorandum Opinion and Order entered October 9, 2025 (Dkt. #35), and the Federal Defendants were thereby required to dismantle and remove the metal fence occupying Village property on Beach Street and its adjacent sidewalks near the Broadview Processing Facility at 1930 Beach Street, Broadview, Illinois 60155, by no later than 11:59 p.m. on Tuesday, October 14, 2025.

2.      In compliance with this Honorable Court's order and instructions, the Federal Defendants dismantled and removed said fence prior to the aforementioned deadline.

Page **1** of **2**

3. Since that time, while the Broadview Processing Facility remains a site at which citizens assemble to protest ICE enforcement activities, the fence has nonetheless remained down, and the Federal Defendants have indicated that they do not have any present intention, desire, or need to reinstall said fence or any other barrier on Beach Street at or near the Broadview Processing Facility.

4. As such, the Village is agreeable to voluntarily dismissing this matter without prejudice, and it therefore intends to file a Stipulation of Dismissal on or before June 19, 2026.

5. The Federal Defendants have no objection to this proposed course of action, and the parties agree that no answer or other responsive filings need be required prior to the filing of the Stipulation of Dismissal in this matter.

Respectfully submitted,

**VILLAGE OF BROADVIEW**

By: */s/ Michael Albert*

Michael T. Del Galdo (#6255825)
Michael A. Albert (#6320206)
Veronica Bonilla-Lopez (#6281050)
Charles S. Huff (#6271245)
**DEL GALDO LAW GROUP, LLC**
1441 S. Harlem Ave, Berwyn, IL 60402
(t) 708-222-7000 │ (f) 708-222-7001
delgaldo@dlglawgroup.com
albert@dlglawgroup.com
vblopez@dlglawgroup.com
huff@dlglawgroup.com
*Attorneys for the Village of Broadview*

Respectfully submitted,

**FEDERAL DEFENDANTS**

ANDREW S. BOUTROS
United States Attorney

By: */s/ Thomas Walsh*

Thomas P. Walsh
Alex Hartzler
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(t) 312-886-1390
(t) 312-353-5312
thomas.walsh2@usdoj.gov
alex.hartzler@usdoj.gov
*Attorneys for the Federal Defendants*